UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CIVIL DIVISION

ASHLEY NIEVES,

       Plaintiff,                               Case No. 6:25-cv-503-GAP-UAM

v.

LEXISNEXIS RISK SOLUTIONS, INC.;
TRANS UNION, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.;
AND EQUIFAX, INC.
       Defendants.
_____/

## NOTICE OF APPEARANCE

Kindly enter the appearance of Victor Silva, Esquire of Buchanan Ingersoll & Rooney PC on behalf of Defendant Trans Union, LLC in the above-referenced matter.

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

By:    */s/ Victor Silva*
        Victor Silva, Esq.
        Fla. Bar No.: 1059856
        Buchanan Ingersoll & Rooney PC
        401 E. Jackson Street, Suite 2400
        Tampa, FL 33602-5236
        Tel: 813-222-1155
        Fax: 813-222-8189
        Email: victor.silva@bipc.com
        *Counsel for Defendant, TransUnion, LLC*

Dated: April 9, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2025, I caused a true and correct copy of the foregoing document to be served electronically via the Court's CM/ECF system.

*/s/ Victor Silva*
Victor Silva

4915-6786-4372, v. 1