IN THE UNITED STATES DISTRICT
FOR THE COURT MIDDLE DISTRICT
OF FLORIDA CIVIL DIVISION

ASHLEY NIEVES,

       Plaintiff,                        Case No. 6:25-cv-503-GAP-UAM

v.

LEXISNEXIS RISK SOLUTIONS,
INC. TRANS UNION, LLC;
EXPERIAN INFORMATION
SOLUTIONS, INC. AND EQUIFAX
INC.

       Defendants.

## NOTICE OF DESIGNATION OF LEAD COUNSEL ON BEHALF OF EQUIFAX INFORMATION SERVICES LLC

Jason Daniel Joffe, of the law firm of Squire Patton Boggs (US) LLP, hereby enters his appearance as lead counsel on behalf of Defendant Equifax Information Services LLC in the above-captioned matter.

| | |
|---|---|
| DATED:  April 14, 2025 | Respectfully submitted,<br><br>SQUIRE PATTON BOGGS (US) LLP<br><br>By: /s/ *Jason Daniel Joffe*<br>Jason Daniel Joffe (FBN 0013564)<br>200 S. Biscayne Blvd., Suite 3400<br>Miami, FL 33131<br>Telephone: (305) 577-7000<br>Facsimile:  (305) 577-7001<br>Email:jason.joffe@squirepb.com<br><br>*Counsel for Defendant Equifax Information Services LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 14, 2025, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

/s/ *Jason Daniel Joffe*
Jason Daniel Joffe