# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| ASHLEY NIEVES,<br><br>    Plaintiff,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS, INC., TRANSUNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND EQUIFAX, INC.,<br><br>    Defendants. | Case No. 6: 25-CV-503-GAP-UAM |

## NOTICE OF LEAD COUNSEL DESIGNATION

Defendant Experian Information Solutions, Inc. ("Experian"), pursuant to Middle District of Florida Local Rule 2.02(a), hereby notifies the Court and all Counsel of Record of Armand del Castillo's designation as Lead Counsel for Experian in this action.

Respectfully submitted this 15th day of April, 2025.

>  */s/ Armand del Castillo*
> Armand del Castillo
> Florida Bar No. 1049596
> adelcastillo@jonesday.com
> JONES DAY
> Brickell World Plaza
> 600 Brickell Avenue, Suite 3300
> Miami, Florida  33131
> (305) 714-9631
>
> *Attorney for Defendant*
> *Experian Information Solutions, Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2025, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system.

                                                                              */s/ Armand del Castillo*
                                                                              Armand del Castillo