UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ASHLEY NIEVES,

        Plaintiff,

v.

LEXISNEXIS RISK SOLUTIONS, INC.; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND EQUIFAX, INC.,

        Defendants.

        Case No. 6:25-CV-00503-GAP-UAM

_____/

## DEFENDANT TRANS UNION LLC'S
## ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant Trans Union LLC ("TransUnion"), through its undersigned counsel, files its Answer and Defenses to the Complaint ("Complaint") filed by Ashley Nieves ("Plaintiff"). The paragraph numbers below correspond to the paragraph numbers contained in the Plaintiff's Complaint to the extent possible.

## FACTUAL ALLEGATIONS

1.    TransUnion admits that Plaintiff is a "consumer" as defined by the FCRA. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph and therefore, denies same.

2.    TransUnion states that the allegations of this paragraph are legal conclusions and, so stating, denies them. If further response is required, TransUnion

is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies same.

3. TransUnion states that the allegations of this paragraph are legal conclusions and, so stating, denies them. If further response is required, TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies same.

4. TransUnion admits that it is a "consumer reporting agency" as that term is defined by the Fair Credit Reporting Act.

5. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies same.

6. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies same.

7. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies same.

8. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies same.

9. TransUnion states that this paragraph purports to characterize a written document, which speaks for itself. To the extent Plaintiff misquotes or mischaracterizes the contents of that document, TransUnion denies the allegations as stated.

10. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies same.

11. TransUnion states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations.

12. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies same.

13. TransUnion states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations.

14. TransUnion states that this paragraph purports to characterize written documents, which speak for themselves. To the extent Plaintiff misquotes or mischaracterizes the contents of those documents, TransUnion denies the allegations as stated.

15. TransUnion states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations.

16. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies same.

17. TransUnion states that this paragraph purports to characterize written documents, which speak for themselves. To the extent Plaintiff misquotes or mischaracterizes the contents of those documents, TransUnion denies the allegations as stated. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint and, therefore, denies same.

18. TransUnion states that this paragraph purports to characterize written documents, which speak for themselves. To the extent Plaintiff misquotes or mischaracterizes the contents of those documents, TransUnion denies the allegations as stated. Because of the vague and generalized nature of the remaining allegations, TransUnion is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations and therefore denies same.

## March 2023 FCRA Dispute Notice

19. TransUnion states that this paragraph purports to characterize written documents, which speak for themselves. To the extent Plaintiff misquotes or mischaracterizes the contents of those documents, TransUnion denies the allegations

as stated. TransUnion states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of the remaining allegations.

20. TransUnion states that this paragraph purports to characterize written documents, which speak for themselves. To the extent Plaintiff misquotes or mischaracterizes the contents of those documents, TransUnion denies the allegations as stated. TransUnion states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of the remaining allegations.

21. TransUnion states that this paragraph purports to characterize written documents, which speak for themselves. To the extent Plaintiff misquotes or mischaracterizes the contents of those documents, TransUnion denies the allegations as stated.

22. TransUnion states that this paragraph purports to characterize written documents, which speak for themselves. To the extent Plaintiff misquotes or mischaracterizes the contents of those documents, TransUnion denies the allegations as stated.

23. TransUnion states that this paragraph purports to characterize written documents, which speak for themselves. To the extent Plaintiff misquotes or mischaracterizes the contents of those documents, TransUnion denies the allegations as stated.

24. TransUnion states that this paragraph purports to characterize written documents, which speak for themselves. To the extent Plaintiff misquotes or mischaracterizes the contents of those documents, TransUnion denies the allegations as stated. TransUnion states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of the remaining allegations.

25. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies same.

26. TransUnion states that this paragraph purports to characterize written documents, which speak for themselves. To the extent Plaintiff misquotes or mischaracterizes the contents of those documents, TransUnion denies the allegations as stated.

27. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies same.

28. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies same.

29. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies same.

30. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies same.

**January 2024 Dispute Notice**

31. TransUnion states that this paragraph purports to characterize a written document, which speaks for itself. To the extent Plaintiff misquotes or mischaracterizes the contents of that document, TransUnion denies the allegations as stated.

32. TransUnion states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations.

33. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies same.

34. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies same.

35. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies same.

36. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies same.

37. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies same.

38. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies same.

39. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies same.

40. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies same.

## September 2024 Dispute Notice

41. TransUnion states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations.

42. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies same.

43. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies same.

44. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies same.

45. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies same.

46. TransUnion denies the allegations in this paragraph of the Complaint as they pertain to TransUnion. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint and, therefore, denies same.

47. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies same.

48. TransUnion states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations.

49. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies same.

50. TransUnion states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations.

## COUNT ONE: AGAINST LEXIS NEXIS RISK SOLUTIONS, EXPERIAN, EQUIFAX, AND TRANSUNION
## VIOLATIONS OF 15 U.S.C. §§ 1681, et seq.
(Failure to conduct a reasonable investigation)

51. TransUnion restates and incorporates its responses to paragraphs 1 through 50 above as though fully stated herein.

52. TransUnion states that this paragraph purports to characterize written documents, which speak for themselves. To the extent Plaintiff misquotes or mischaracterizes the contents of those documents, TransUnion denies the allegations as stated. TransUnion states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of the remaining allegations.

53. TransUnion states that this paragraph purports to characterize written documents, which speak for themselves. To the extent Plaintiff misquotes or mischaracterizes the contents of those documents, TransUnion denies the allegations as stated. TransUnion states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of the remaining allegations.

54. TransUnion states that this paragraph purports to characterize written documents, which speak for themselves. To the extent Plaintiff misquotes or mischaracterizes the contents of those documents, TransUnion denies the allegations as stated. TransUnion states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of the remaining allegations.

55. TransUnion states that this paragraph purports to characterize written documents, which speak for themselves. To the extent Plaintiff misquotes or mischaracterizes the contents of those documents, TransUnion denies the allegations as stated. TransUnion states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of the remaining allegations.

56. TransUnion denies the allegations in this paragraph of the Complaint as they pertain to TransUnion.  TransUnion is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint and, therefore, denies same.

57. TransUnion denies the allegations in this paragraph of the Complaint as they pertain to TransUnion. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint and, therefore, denies same.

58. TransUnion states that it lacks knowledge or information, at this time, sufficient to form a belief about the truth of these allegations.

59. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies same.

60. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies same.

61. TransUnion denies the allegations of this paragraph.

62. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies same.

63. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies same.

64. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies same.

65. TransUnion denies the allegations of this paragraph.

66. TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies same.

67. TransUnion denies the allegations of this paragraph, as they apply to TransUnion. TransUnion further denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against TransUnion.

68. TransUnion denies the allegations of this paragraph, as they apply to TransUnion.

69. TransUnion denies the allegations of this paragraph, as they apply to TransUnion. TransUnion further denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against TransUnion.

## JURY DEMAND

TransUnion admits that Plaintiff demands a jury trial. TransUnion denies the remaining allegations contained in this paragraph.

## **DEFENSES**

1. At all relevant times, TransUnion maintained and followed reasonable procedures to avoid violations of the FCRA and assure maximum possible accuracy of the information concerning Plaintiff in preparing consumer reports related to Plaintiff.

2. Any alleged damages to Plaintiff, which TransUnion continues to deny, are the result of the acts or omissions of Plaintiff or others, over whom TransUnion has no control and for whom TransUnion has no responsibility.

3. TransUnion, in compliance with the FCRA, reasonably and completely reinvestigated and verified, updated, or removed all information disputed by Plaintiff.

4. TransUnion at all times acted in compliance with the FCRA.

5. TransUnion has not published any false, inaccurate or defamatory information to a third party regarding Plaintiff and has not acted with negligence, malice, actual malice, or willful intent to injure.

6. Any statement made by TransUnion regarding Plaintiff was true or substantially true.

7. Plaintiff failed to mitigate his alleged damages.

8. Plaintiff's claims for exemplary or punitive damages and the FCRA damage model violate the Due Process Clause of the Fourteenth Amendment and the laws of the State of Florida.

9. To the extent TransUnion could be found liable, Plaintiff was comparatively/contributorily negligent.

10. TransUnion affirmatively pleads that it is entitled to attorneys' fees in the event that the Court determines that the Plaintiff has filed an unsuccessful pleading, motion, or other paper in connection with this action under Section 1681n or 1681o of the FCRA in bad faith or for purposes of harassment.

11. In the event that a settlement is reached between Plaintiff and any other person or entity, Defendant TransUnion is entitled to any settlement credits permitted by law.

12. Any alleged damages to Plaintiff, which TransUnion continues to deny, were caused in whole or in part by an intervening or superseding cause.

13. Plaintiff's claims are barred in whole or in part by the statute of limitations applicable to claims brought under the FCRA.

**WHEREFORE**, Defendant Trans Union LLC respectfully requests that this Honorable Court deny the relief requested in Plaintiff's Complaint, dismiss the action in its entirety, grant Defendant its costs of suit and expenses incurred herein,

including reasonable attorneys' fees, and for such other and further relief as the Court deems just.

Dated: May 19, 2025

Respectfully submitted,

*/s/ Victor Silva*
Victor Silva, Esq.
Fla. Bar No.: 1059856
Buchanan Ingersoll & Rooney PC
401 E. Jackson Street, Suite 2400
Tampa, FL 33602-5236
Tel: 813-222-1155
Fax: 813-222-8189
Email: victor.silva@bipc.com
***Counsel for Defendant Trans Union, LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

*/s/ Victor Silva*
**Counsel for Defendant Trans Union, LLC**
