**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ESTATE OF ASHLEY NIEVES
by and through Representative
LOUISA EVELISSE VEGA,

                                                                 Case No.: 6:25-cv-00503-GAP-UAM

      Plaintiff,
v.

LEXISNEXIS RISK SOLUTIONS,
INC., TRANS UNION LLC,
EXPERIAN INFORMATION
SOLUTIONS, INC., and
EQUIFAX INFORMATION
SERVICES LLC,

      Defendants.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT AS TO**
**DEFENDANT EQUIFAX INFORMATION SERVICES**
**LLC AND EXPERIAN INFORMATION SOLUTIONS, INC.**

**COMES NOW**, Plaintiff, ESTATE OF ASHLEY NIEVES by and through Representative LOUISA EVELISSE VEGA, ("Plaintiff"), by and through the undersigned counsel, and hereby notifies the Court that Plaintiff and Defendants, EQUIFAX INFORMATION SERVICES LLC ("Equifax") and EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") have reached a settlement in principle in this action. Upon full execution of a settlement agreement and compliance with all terms set forth therein, this matter will be dismissed with prejudice as to Equifax and Experian.

1

Dated: November 4, 2025

        Respectfully submitted,

        **SWIFT LAW PLLC**

        /s/ *Aaron M. Swift*
        Aaron M. Swift, Esq., FBN 0093088
        Sean E. McEleney, Esq., FBN 125561
        Jordan T. Isringhaus, Esq., FBN 0091487
        11300 4th Street N, Ste 260
        St. Petersburg, FL 33716
        Phone: (727) 490-9919
        Fax: (727) 255-5332
        aswift@swift-law.com
        jisringhaus@swift-law.com
        smceleney@swift-law.com
        *Co-Counsel for the Estate of Ashley Nieves by and through Louisa Evelisse Vega, Personal Representative*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 4, 2025, I filed a true and correct copy of the above and foregoing via CM/ECF which shall serve a copy to all counsel and parties of record accordingly.

        /s/ *Aaron M. Swift*
        Attorney