**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ESTATE OF ASHLEY NIEVES
BY ITS PERSONAL
REPRESENTATIVE LOUISA
EVELISSE VEGA,

    Plaintiff,

v.                                        Case No:   6:25-cv-503-GAP-NWH

LEXISNEXIS RISK SOLUTIONS,
INC., EQUIFAX, INC.,
EXPERIAN INFORMATION
SOLUTIONS, INC. and
TRANSUNION LLC,

    Defendants

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Upon consideration of the Notice of Settlement as to Defendants Experian Information Solutions, Inc.[1] and Equifax, Inc. (Doc. 59), it is

**ORDERED** that this case is DISMISSED without prejudice against Defendants Experian Information Solutions, Inc. and Equifax, Inc. pursuant to Local Rule 3.09(b), subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of final

---

[1] The Stay is lifted as to Defendant Experian Information Solutions, Inc. (Order at Doc. 51).

order or judgment; or, on good cause shown, to reopen the case for further proceedings. Any pending motions relating to Defendants Experian Information Solutions, Inc. and Equifax, Inc. are **DENIED** as moot. The Clerk is directed to terminate Defendants Experian Information Solutions, Inc. and Equifax, Inc. as parties in this action.

    **DONE** and **ORDERED** in Chambers in Orlando, Florida on November 5, 2025.



                        GREGORY A. PRESNELL
                       UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties