UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ESTATE OF ASHLEY NIEVES
by and through Representative
LOUISA EVELISSE VEGA,

                                                   Case No.: 6:25-cv-00503-GAP-UAM

      Plaintiff,

v.

LEXISNEXIS RISK SOLUTIONS,
INC., TRANS UNION LLC,
EXPERIAN INFORMATION
SOLUTIONS, INC., and
EQUIFAX INFORMATION
SERVICES LLC,

      Defendants.
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
AS TO DEFENDANT, EQUIFAX INFORMATION SERVICES LLC**

Plaintiff, ESTATE OF ASHLEY NIEVES by and through Representative LOUISA EVELISSE VEGA (hereinafter, "Plaintiff"), and Defendants, EQUIFAX INFORMATION SERVICES LLC (hereinafter, "Equifax"), LEXISNEXIS RISK SOLUTIONS, INC., EXPERIAN INFORMATION SOLUTIONS, INC. and TRANS UNION LLC pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the *Dismissal, with Prejudice, of Equifax,* with court costs and attorneys' fees to be paid by the party incurring the same.

Dated: June 10, 2026

SWIFT LAW PLLC
/s/ *Aaron M. Swift*
Aaron M. Swift, Esq., FBN 0093088
Sean E. McEleney, Esq., FBN 125561
Jordan T. Isringhaus, Esq., FBN 0091487
11300 4th Street N, Ste 260
St. Petersburg, FL 33716
Phone: (727) 490-9919
Fax: (727) 255-5332
aswift@swift-law.com
jisringhaus@swift-law.com
smceleney@swift-law.com
*Co-Counsel for the Estate of Ashley Nieves by and through Louisa Evelisse Vega, Personal Representative*

SHUTTS & BOWEN LLP

/s/ *Eric S. Adams*
Eric S. Adams, Esq., FBN: 0090476
4301 W. Boy Scout Blvd., Ste. 300
Tampa, FL 33607
Telephone: (813) 229-8900
Fax: (813) 229-8901
E-mail: eadams@shutts.com
*Counsel for Defendant LexisNexis Risk Solutions Inc.*

SEYFARTH SHAW LLP

/s/ *Paige Vacante*
Paige Vacante, FBN: 1019135
233 S. Wacker Dr
Chicago, IL 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
Email: pvacante@seyfarth.com
*Counsel for Defendant Equifax Information Services LLC*

JONES DAY

/s/ *Armand del Castillo*
Armand del Castillo, Esq.
FBN 1049596
Brickell World Plaza
600 Brickell Avenue, Ste. 3300
Miami, FL 33131
Telephone: (305) 714-9631
Email: adelcastillo@jonesday.com
*Counsel for Experian Information Solutions, Inc.*

BUCHANAN, INGERSOLL & ROONEY PC

/s/ *Victor Silva*
Victor Silva, Esq., FBN: 1059856
401 E Jackson Street, Ste. 2400
Tampa, FL 33602
Telephone: (813) 222-1155
Fax: (813) 222-8189
Email: victor.silva@bipc.com
*Counsel for Defendant Trans Union LLC*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 10, 2026, I filed a true and correct copy of the above and foregoing *Joint Stipulation for Dismissal with Prejudice as to Defendant Equifax Information Services LLC* via CM/ECF and will serve a copy of the same to counsel of record for all parties.

<u>/s/ Aaron M. Swift</u>