UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ASHLEY NIEVES,  ESTATE OF
ASHLEY NIEVES BY ITS
PERSONAL REPRESENTATIVE
LOUISA EVELISSE VEGA,

       Plaintiffs,

v.

                                   Case No.:  6:25-cv-00503-GAP-NWH

LEXISNEXIS RISK SOLUTIONS,
INC.,  EQUIFAX, INC.,  EXPERIAN
INFORMATION SOLUTIONS, INC.,
TRANSUNION LLC,

       Defendants,

                                   /

### ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Joint Stipulation for Dismissal with Prejudice as to Defendant Equifax Information Services LLC (Doc. 67), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case against Defendant Equifax Information Services LLC is dismissed **WITH PREJUDICE**, each party to bear its own fees and costs. Any pending motions relating to Defendant Equifax Information Services LLC are **DENIED** as moot.  The Clerk is directed to terminate Defendant Equifax Information Services LLC as a defendant in this action.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on June 10, 2026.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties