# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ESTATE OF ASHLEY NIEVES
by and through Representative
LOUISA EVELISSE VEGA,

                                                  Case No.: 6:25-cv-00503-GAP-UAM

       Plaintiff,

v.

LEXISNEXIS RISK SOLUTIONS,
INC., TRANS UNION LLC,
EXPERIAN INFORMATION
SOLUTIONS, INC., and
EQUIFAX INFORMATION
SERVICES LLC,

       Defendants.

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT
## AS TO DEFENDANT LEXISNEXIS RISK SOLUTIONS, INC.

**COMES NOW**, Plaintiff, ESTATE OF ASHLEY NIEVES by and through Representative LOUISA EVELISSE VEGA, ("Plaintiff"), by and through the undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, LEXISNEXIS RISK SOLUTIONS, INC. ("LNRS") have reached a settlement in principle in this action. Upon full execution of a settlement agreement and compliance with all terms set forth therein, this matter will be dismissed with prejudice as to LNRS.

       Dated: June 11, 2026

                           Respectfully submitted,

1

**SWIFT LAW PLLC**

/s/ *Aaron M. Swift*
Aaron M. Swift, Esq., FBN 0093088
Sean E. McEleney, Esq., FBN 125561
Jordan T. Isringhaus, Esq., FBN 0091487
11300 4th Street N, Ste 260
St. Petersburg, FL 33716
Phone: (727) 490-9919
Fax: (727) 255-5332
aswift@swift-law.com
jisringhaus@swift-law.com
smceleney@swift-law.com
*Co-Counsel for the Estate of Ashley Nieves by and through
Louisa Evelisse Vega, Personal Representative*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 11, 2026, I filed a true and correct copy

of the above and foregoing via CM/ECF which shall serve a copy to all counsel and

parties of record accordingly.

/s/ *Aaron M. Swift*
Attorney

2