UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ASHLEY NIEVES,  ESTATE OF
ASHLEY NIEVES BY ITS
PERSONAL REPRESENTATIVE
LOUISA EVELISSE VEGA,

        Plaintiffs,

    v.                               Case No.:  6:25-cv-00503-GAP-NWH

LEXISNEXIS RISK SOLUTIONS,
INC.,  EQUIFAX, INC.,  EXPERIAN
INFORMATION SOLUTIONS, INC.,
TRANSUNION LLC,

        Defendants,

_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Upon consideration of the Plaintiff's Notice of Settlement as to Defendant

LexisNexis Risk Solutions Inc. (Doc. 69), it is

**ORDERED** that this case against defendant LexisNexis Risk Solutions Inc.

is DISMISSED  without prejudice pursuant to Local Rule 3.09(b), subject to the

right of any party to move the Court within sixty (60) days for the purpose of

entering a stipulated form of final order or judgment; or, on good cause shown,

to reopen the case for further proceedings.  Any pending motions relating to

Defendant LexisNexis Solutions Inc. are **DENIED** as moot.  The Clerk is directed

to close this file[1].

    **DONE** and **ORDERED** in Chambers in Orlando, Florida on June 12, 2026.



              GREGORY A. PRESNELL
         UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] Defendants Experian Information Solutions Inc. and Equifax Inc. were dismissed on November 5, 2025 (doc. 60). Defendant TransUnion LLC was dismissed on January 23, 2026 (Doc. 64)